UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No: 2:15-bk-08019-BKM

Shadow Beverages and Snacks, LLC  Chapter 7 (Involuntary)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on today's date, I mailed a copy of the Involuntary Petition and Summons dated August 3, 2015 to the following parties:

Shadow Beverages and Snacks, LLC
4650 E. Cotton Center Blvd, Suite 240
Phoenix, AZ 85040
(*via regular first-class mail*)

Shadow Beverages and Snacks, LLC
16000 N. 80th Street, Suite E
Scottsdale, AZ 85260-1683
(*via regular first-class mail*)

George Martinez, Statutory Agent
1772 S. Comanche Dr.
Chandler, AZ 85286
(*via regular first-class mail and certified mail, return receipt requested*)

Kevin Senn, Esq.
Senn Law
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596
(*via regular first-class mail*)

Dated: August 3, 2015.

/s/ Stephanie A. Webb
HAMMERMAN & HULTGREN, P.C.
3101 N. Central Ave., Suite 500
Phoenix, Arizona, 85012
Attorneys for General Nutrition Corp.
   One of the Petitioning Creditors